```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :    INDICTMENT
          -v.-                      :
DONOVAN DAVIS,                      :    07 Cr.
     a/k/a "Jim Russel,"            :
                    Defendant.      :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 3 2007

07 CRIM. 331

JUDGE KEENAN

COUNT ONE

The Grand Jury charges:

On or about July 1, 2003, in the Southern District of New York and elsewhere, DONOVAN DAVIS, a/k/a "Jim Russel," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about January 15, 1997, in United States District Court, Eastern District of New York, for interference with commerce by threats or violence, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____    _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**DONOVAN DAVIS,**

Defendant.

---

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Grace Fumanchia-Pario*
Foreperson.

---

Post 11-1-87
4/23/07
Filed Ind.
Ellis, J.